# Court of Appeals
# of the State of Georgia

ATLANTA, July 27, 2017

*The Court of Appeals hereby passes the following order:*

**A17A2042.  KRIS GRICE v. KATHERINE REILLY.**

On May 24, 2017, this Court granted Kris Grice's application for discretionary appeal of the trial court's order denying his motion for new trial on the granting of a three-year extension to a temporary protective order.  Grice, however, did not file a notice of appeal until June 21, 2017.  Katherine Reilly, the appellee, has filed a motion to dismiss the appeal as untimely.

OCGA § 5-6-35 (g) imposes a mandatory obligation on an appellant to file a notice of appeal within 10 days of the granting of a discretionary appeal.  See OCGA § 5-6-35 (g) ("Within ten days after an order is issued granting the appeal, the applicant, to secure a review of the issues, shall file a notice of appeal as provided by law.").  The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction upon this Court, and the burden is upon the appellant to file a timely notice of appeal.  *Moncrief v. Tara Apts., Ltd.*, 162 Ga. App. 695, 695 (293 SE2d 352) (1982).  Grice's failure to comply with this requirement deprives us of jurisdiction over his appeal.  See *Barnes v. Justis*, 223 Ga. App. 671 (478 SE2d 402) (1996) (dismissing a discretionary appeal for failure to file a timely notice of appeal as required by OCGA § 5-6-35 (g)).

Accordingly, Reilly's motion to dismiss is hereby GRANTED, and this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* __07/27/2017__
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*